# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                    :   No. 786
                                          :
REAPPOINTMENT TO THE                      :   SUPREME COURT RULES DOCKET
PENNSYLVANIA BOARD OF LAW                 :
EXAMINERS

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of January, 2019, Stewart L. Cohen, Esquire, Philadelphia, is hereby reappointed to the Pennsylvania Board of Law Examiners for a term of three years, commencing April 1, 2019.